1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant ARGUIJO

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                                OAKLAND DIVISION

10 UNITED STATES OF AMERICA,           )      No. CR-09-00810 SBA
                                       )
11          Plaintiff,                 )      STIPULATED REQUEST TO CONTINUE
                                       )      HEARING DATE TO DECEMBER 8, 2009
12     v.                              )      FOR JUDGMENT AND SENTENCING
                                       )      AND TO EXCLUDE TIME UNDER THE
13                                     )      SPEEDY TRIAL ACT AND ORDER
   LUIS ARGUIJO-RIVERA,                )
14                                     )      Hearing Date: September 15, 2009
            Defendant.                 )      Time:         9:00 a.m.
15                                     )
   _____)
16

17       The above-captioned matter is set on September 15, 2009 before this Court for change of

18 plea. The parties jointly request that the Court continue the matter to December 8, 2009 at 10:00

19 a.m. for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial

20 Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and December 8, 2009.

21       Mr. Arguijo is charged under 8 U.S.C. § 1326 as a deported alien found in the United

22 States. The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea

23 agreement in which the parties agree to a 4-level reduction in Mr. Arguijo's offense level

24 pursuant to the government's early disposition program ("fast-track" program).

25       The parties request that the Court take the parties' proposed plea agreement under

26 submission and, because it is a "fast-track" agreement, request that the Court refer this matter to

1   the United States Probation Office for a <u>criminal history only</u> pre-sentence investigation.

2   Defense counsel discussed the presentence investigation process with Mr. Arguijo, and

3   he agrees to a pre-plea investigation.  He also agrees to have the report disclosed to the Court

4   before his plea of guilty.  A signed consent to institute a pre-plea investigation will be sent to the

5   probation office together with a referral to Probation from the Court.

6   If the Court agrees to take the parties' proposed agreement under submission, the parties

7   agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

8   consideration of the proposed plea agreement to be entered into by the defendant and the

9   attorney for the Government.  The parties will submit a copy of the plea agreement with the

10  Court's courtesy copy of this stipulation.  This document has not been e-filed.

12  DATED: September 9, 2009        /S/
                                    DOMINIQUE THOMAS
13                                  Assistant United States Attorney

14
    DATED: September 9, 2009        /S/
15                                  ANGELA M. HANSEN
                                    Assistant Federal Public Defender

18  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

19  "conformed" signature (/S/) within this e-filed document.

1 **ORDER**

2 Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS:

4     1.    Given that the parties have reached a Rule 11(c)(1)(C) agreement and have

5 submitted that agreement to the Court for consideration;

6     2.    Given that Mr. Arguijo has agreed to a pre-sentence investigation and to disclose

7 the report before his plea of guilty;

8     3.    Given that the parties' plea agreement contemplates a "fast-track" illegal reentry

9 disposition; and

10     4.    Given that the Court will take the proposed plea agreement under submission

11 until the United States Probation Office can prepare a pre-plea Presentence Investigation Report;

12 Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the

13 United States Probation Office to prepare a <u>criminal history only</u> pre-plea Presentence

14 Investigation Report. IT IS FURTHER ORDERED that the status date set for September 15,

15 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and

16 this matter is reset to December 8, 2009, at 10:00 a.m., for judgment, plea and sentencing.

17 IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C.

18 § 3161(h)(1)(G), from the date of this Stipulation to December 8, 2009, based on the Court's

19 consideration of the proposed plea agreement to be entered into by defendant and the attorney

20 for the government.

22 DATED:9/14/09             _____
                                                 HON. SAUNDRA BROWN ARMSTRONG

23                                                  United States District Judge